Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

FILED
SEP 28 2012
DEBORAH S. HUNT, Clerk

William K. Suter
Clerk of the Court
(202) 479-3011

September 27, 2012

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

    Re:  James W. Helton
           v. United States
           No. 12-6477
           (Your No. 10-5888)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 21, 2012 and placed on the docket September 27, 2012 as No. 12-6477.

                      Sincerely,

                      **William K. Suter**, Clerk

                      by

                      Jacob C. Travers
                      Case Analyst